Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 26-12655

| Caption: | |
|---|---|
| Jorge Valle-Ramos<br>v.<br>Michael Stanley, et al. | District and Division: Middle District of Florida, Orlando<br>Name of Judge: Hon. Carlos E. Mendoza<br>Nature of Suit: Civil Rights<br>Date Complaint Filed: 07/12/2024<br>District Court Docket Number: 6:24-cv-01276-CEM-DCI<br>Date Notice of Appeal Filed: 07/28/2026<br>☐ Cross Appeal ☐ Class Action<br>Has this matter previously been before this court?<br>☐ Yes ☑ No<br>If Yes, provide<br>(a) Caption: ____<br>(b) Citation: ____<br>(c) Docket Number: ____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Jon Loevy<br>Aaditya Tolappa | 311 N. Aberdeen St.,<br>Chicago, IL 60607 | (312) 243-5900<br>jon@loevy.com<br>tolappa@loevy.com |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Derek Angell | 800 N. Magnolia Ave<br>#1350<br>Orlando, FL 32803 | (407) 843-2100<br>dangell@ohalaw.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☑ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other ____ | Amount Sought by Plaintiff: $____<br>Amount Sought by Defendant: $____<br>Awarded: $____ to ____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary ☐ Granted<br>☐ Permanent ☐ Denied |

 11th Circuit Docket Number: ____________________________

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? ____________________________

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☑ No

If Yes, provide
(a) Case Name/Statute ____________________________
(b) Citation ____________________________
(c) Docket Number if unreported ____________________________

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name ____________________________
(b) Citation ____________________________
(c) Docket Number if unreported ____________________________
(d) Court or Agency ____________________________

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

(1) The district court improperly drew factual inferences against Plaintiff at summary judgment, warranting reversal.

(2) The district court erred by granting summary judgment to Defendants on Plaintiff's fabrication of evidence claim, even though Defendants never moved for summary judgment on that claim, and material facts remained in dispute as to that claim.

(3) The district court erred by granting summary judgment to Defendants on Plaintiff's suppression of evidence claim, even though Defendants did not address several pieces of suppressed evidence in their motion for summary judgment, and material facts remained in dispute as to the suppression claim.

(4) The district court erred by granting summary judgment to Defendants on Plaintiff's malicious prosecution claim, even though material facts remained in dispute as to that claim.

(5) The district court erred by denying Plaintiff the opportunity to respond to arguments Defendants made for the first time on reply, and then adopting those arguments in granting summary judgment to Defendants.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 17th DAY OF August, 2026.

Aaditya Tolappa
NAME OF COUNSEL (Print)

[signature]
SIGNATURE OF COUNSEL