**No. 26-12655**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

**JORGE VALLE-RAMOS**,

*Plaintiff-Appellant*

v.

**MICHAEL STANLEY, ET AL,**

*Defendants-Appellees*

On Appeal from the United States District Court
for the Middle District of Florida
No. 6:24-cv-01276-CEM-DCI
Hon. Carlos E. Mendoza

---

**Certificate of Interested Persons on behalf of Appellees: Michael Stanley, Daniel Brady, City of Orlando**

---

**Derek J. Angell, Esq.**
Florida Bar No. 73449
dangell@ohalaw.com
kchui@ohalaw.com
O'CONNOR, HAFTEL & ANGELL, PLLC
800 N Magnolia Ave, Ste 1350
Orlando, Florida 32803
(407) 843-2100
*Counsel for Appellees*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to FRAP 26.1 and 11th Cir. R. 26.1-1, Appellees Michael Stanley, Daniel Brady and City of Orlando provides the following alphabetical list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have a known interest in the outcome of this appeal:

1. Angell, Derek J., counsel for Defendants-Appellees;
2. Brady, Daniel, Defendant-Appellee;
3. City of Orlando, Defendant-Appellee;
4. Loevy, Jon, counsel for Plaintiff-Appellant;
5. Mendoza, Hon. Carlos E., Judge, M.D., Fla;
6. O'Connor, Haftel & Angell, PLLC, counsel for Defendants-Appellees;
7. Stanley, Michael, Defendant-Appellee;
8. The Loevy & Loevy Law Firm, counsel for Plaintiff-Appellant;
9. Tolappa, Aaditya, counsel for Plaintiff-Appellant; and
10. Valle-Ramos, Jorge, Plaintiff-Appellant.

## CORPORATE DISCLOSURE STATEMENT

None of the parties or interested persons has corporate affiliations that have issued shares to the public.

Dated: **August 25, 2026**, by:

Derek J. Angell
Florida Bar Number: 73449
Dangell@ohalaw.com
kchui@ohalaw.com
O'CONNOR, HAFTEL, & ANGELL, PLLC
800 North Magnolia Avenue, Ste 1350
Orlando, FL 32803
(407) 843-2100
(407) 843-2061 Facsimile
*Attorney for Defendants-Appellees*